UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY TAMAYO, | Case No.: 5:11-CV-5492 EJD |
| Plaintiff, | **ORDER GRANTING MOTION TO REMAND AND DENYING REQUEST FOR ATTORNEYS' FEES** |
| v. | |
| CORDE VALLE GOLF CLUB, LLC, ET AL., | **(Re: Docket No. 11)** |
| Defendants. | |

Pending before the court is Defendants' Motion To Remand. The court finds this motion is appropriate for determination without oral argument. See Civil L.R. 7-1(b). On December 16, 2011, Plaintiff filed a statement of non-opposition to the motion to remand. Accordingly,

IT IS HEREBY ORDERED that Defendants' motion to remand is GRANTED.

Defendants also request an award of attorneys' fees for the cost of preparing this motion. Defendants' request is not a separately-filed motion as required by Civil Local Rule 7-8. Additionally, Defendants did not seek a stipulation from Plaintiffs or otherwise confer with Plaintiffs in an effort to avoid the necessity of filing this motion. The court therefore finds that an award of attorneys' fees for filing this motion is not warranted. Accordingly,

IT IS HEREBY ORDERED that Defendants' request for attorneys' fees is DENIED.

Dated: Lcpwct{"34."4234

                                                                      _____
                                                                      EDWARD J. DAVILA
                                                                      United States District Judge

Case No.: 5:11-CV-5492 EJD
ORDER GRANTING MOTION TO REMAND AND DENYING REQUEST FOR ATTORNEYS' FEES